965 So.2d 856 (2007)
Benjamin COKER, Petitioner,
v.
STATE of Florida, Respondent.
No. 1D07-0606.
District Court of Appeal of Florida, First District.
October 10, 2007.
*857 Jonathan W. Dingus, Panama City, for Petitioner.
Bill McCollum, Attorney General, Trisha Meggs Pate and Anne C. Conley, Assistant Attorneys General, Tallahassee, for Respondent.
PER CURIAM.
DENIED. See Hatchell v. State, 328 So.2d 874 (Fla. 1st DCA 1976).
BROWNING, C.J., BARFIELD and BENTON, JJ., concur.